**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MARK MURPHY, ON HIS OWN BEHALF**
**AND OTHER SIMILARLY SITUATED,**

    **Plaintiffs,**

-vs-              Case No. 6:07-cv-89-Orl-28JGG

**RGIS INVENTORY SPECIALISTS, LLC,**

    **Defendant.**

___

## ORDER

This case is before the Court on the Motion for Approval of Settlement (Doc. No. 27) filed July 13, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

 1. That the Report and Recommendation filed August 3, 2007 (Doc. No. 28) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

 2. The Motion for Approval of Settlement is **GRANTED**.

 3. This case is dismissed with prejudice.

 4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 21st day of August, 2007.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party